# EXHIBIT 1



# OKLAHOMA
### State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

NEIL ERBE,
    Plaintiff,
v.
AAA FIRE AND CASUALTY INSURANCE COMPANY,
    Defendant, and
CSAA FIRE AND CASUALTY INSURANCE COMPANY,
    Defendant, and
ACA INSURANCE COMPANY,
    Defendant.

No. CJ-2016-3014
(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)

Filed: 08/19/2016

Judge: Morrissey, Linda G.

## PARTIES

AAA FIRE AND CASUALTY INSURANCE COMPANY, Defendant
ACA INSURANCE COMPANY, Defendant
CSAA FIRE AND CASUALTY INSURANCE COMPANY, Defendant
ERBE, NEIL, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| CLARK, ERIC L (Bar #22104)<br>EDMONDS COLE LAW FIRM PC<br>7 S MICKEY MANTLE DR<br>2ND FLOOR<br>OKLAHOMA CITY, OK 73104 | ERBE, NEIL |
| WOODSON, MICHAEL (Bar #16347)<br>7 S MICKEY MANTLE DRIVE, 2ND FLOOR<br>OKLAHOMA CITY, OK 73104 | ERBE, NEIL |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: ERBE, NEIL
Filed Date: 08/19/2016

| Party Name | Disposition Information |
|---|---|
| **Defendant:** AAA FIRE AND CASUALTY INSURANCE COMPANY | |
| **Defendant:** CSAA FIRE AND CASUALTY INSURANCE COMPANY | |
| **Defendant:** ACA INSURANCE COMPANY | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-19-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 08-19-2016 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 08-19-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 08-19-2016 | PFE1 | PETITION<br>Document Available (#1034155462) TIFF PDF | | | $ 163.00 |
| 08-19-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 08-19-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 08-19-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 08-19-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-19-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 08-19-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 08-19-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 08-19-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 08-19-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 08-19-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 08-19-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 08-19-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 08-19-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 08-19-2016 | SMF | SUMMONS FEE (CLERKS FEE)-3 | | | $ 30.00 |
| 08-19-2016 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY-3 | | | |
| 08-19-2016 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1034261426) 📄TIFF 📄PDF | | ERBE, NEIL | |
| 08-19-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-19-2016 | ACCOUNT | RECEIPT # 2016-3397176 ON 08/19/2016. PAYOR:EDMONDS COLE LAW TOTAL AMOUNT PAID: $262.14. LINE ITEMS: CJ-2016-3014: $193.00 ON AC01 CLERK FEES. CJ-2016-3014: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2016-3014: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2016-3014: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2016-3014: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2016-3014: $7.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2016-3014: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2016-3014: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2016-3014: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2016-3014: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2016-3014: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 09-12-2016 | SMF | ALIAS SUMMONS FEE | | | $ 10.00 |
| 09-12-2016 | ASMIP | ALIAS SUMMONS ISSUED PRIVATE PROCESS SERVER | | | |
| 09-12-2016 | ACCOUNT | RECEIPT # 2016-3410500 ON 09/12/2016. PAYOR: EDMONDS COLE LAW FIRM PC TOTAL AMOUNT PAID: $ 10.00. LINE ITEMS: CJ-2016-3014: $10.00 ON AC01 CLERK FEES. | | | |

Case 4:16-cv-00596-TCK-FHM   Document 2-1 Filed in USDC ND/OK on 09/15/16   Page 6 of 6
OSCN Case Details                                                          Page 5 of 5

http://www.oscn.net/dockets/GetCaseInformation.aspx?db=tulsa&number=CJ-2016-3014   9/15/2016