UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEIL ERBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-00596-TCK-PJC |
| | ) | |
| CSAAA FIRE & CASUALTY INSURANCE COMPANY f/k/a ACA INSURANCE COMPANY, d/b/a AAA FIRE & CASUALTY INSURANCE COMPANY ("CSAA"), | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (A)(ii) Plaintiff Neil Erbe and Defendant CSAAA Fire & Casualty Insurance Company f/k/a ACA Insurance Company, d/b/a AAA Fire & Casualty Insurance Company ("CSAA"), stipulate to the dismissal of this case with prejudice by reason of a settlement agreement reached between the parties with each party to bear its own costs and attorney fees.

Respectfully submitted,

/s/ Michael Woodson
Michael Woodson, OBA No. 16347
EDMONDS COLE LAW FIRM, P.C.
7 S. Mickey Mantle Drive, Ste. 375
Oklahoma City, OK 73104
Telephone:   405-272-0322
Facsimile:    405-235-4654
mwoodson@edmondscole.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Erin J. Rooney
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, OK 73102
Telephone:    405-606-3333
Facsimile:    405-606-3334
**ATTORNEYS FOR DEFENDANT**